UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PETER COLON,

                              Plaintiff,

       vs                                                            9:07-CV-727

JAMES PLESCIA, Superintendent; S. RAMORA,
R.N.; DR. TRACHMEN, Facility Doctor; MRS.
GRIFFIN, Nurse Administrator; and A. MOSHER,
Nurse; All of Washington Correctional Facility,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

PETER COLON
Plaintiff, Pro Se
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458

HON. ANDREW M. CUOMO               DEAN J. HIGGINS, ESQ.
Attorney General of the                      Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Peter Colon, brought this civil rights action in July 2007, pursuant to 42

U.S.C. § 1983. By Report-Recommendation dated July 27, 2009, the Honorable David E.

Peebles, United States Magistrate Judge, recommended that defendants' motion for

summary judgment (Docket No. 37) be granted, and that all of plaintiff's claims against the

various named defendants be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion for summary judgment is GRANTED;

2. All of plaintiff's claims against the defendants are DISMISSED;

3. Plaintiffs' complaint is DISMISSED; and

4. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: September 4, 2009
Utica, New York.

United States District Judge